IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | C.A. No. 06-599 |
| MONSANTO COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Noah H. Silverman, Esquire, Bruce E. Gerstein and Joseph Opper, Esquire of Garwin Gerstein & Fisher LLP, 1501 Broadway, Suite 1416, New York, NY 10036 to represent plaintiff in this matter.

                                                                    Jeffrey S. Goddess, Movant (Del Bar No. 630)
                                                                    Rosenthal, Monhait & Goddess, P.A.
                                                                    P. O. Box 1070
                                                                    Wilmington, DE  19899
                                                                    (302) 656-4433
                                                                    jgoddess@rmgglaw.com
                                                                     Attorney for Plaintiff

Dated: September 29, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 29, 2006

/s/ Noah H. Silverman
Noah H. Silverman
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 29, 2006

Bruce E. Gerstein
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 29, 2006

Joseph Opper
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-599 |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Noah H. Silverman, Bruce E. Gerstein and Joseph Opper is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on October 3, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

I further certify that on October 3, 2006 I caused two copies of the foregoing document to be served via first class mail upon defendant, as follows:

>Monsanto Company
>c/o Corporation Service Company
>2711 Centerville Road #400
>Wilmington, DE 19808

>Jeffrey S. Goddess (Del. Bar No. 630)
>ROSENTHAL, MONHAIT & GODDESS, P.A.
>(302) 656-4433
>jgoddess@rmgglaw.com