IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-599 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to November 20, 2006. In the event, Defendant files a motion in response to the Complaint on November 20, 2006, the following briefing schedule shall apply:

| | |
|---|---|
| Answering Brief | December 20, 2006 |
| Reply Brief | January 12, 2007. |

ROSENTHAL, MONHAIT & GODDESS, P.A.          POTTER ANDERSON & CORROON LLP

By:  /s/ Jeffrey S. Goddess                                    By:  /s/ David E. Moore
  Jeffrey S. Goddess (#630)                                          Richard L. Horwitz (#2246)
  919 Market Street, Suite 1401                                    David E. Moore (#3983)
  P. O. Box 1070                                                           Hercules Plaza, 6th Floor
  Wilmington, DE  19899-1070                                   1313 North Market Street
  Tel:  (302) 654-1888                                                   Wilmington, Delaware 19889-0951
  jgoddess@rmgglaw.com                                          Tel.: (302) 984-6000
                                                                                       rhorwitz@potteranderson.com
*Attorney for Plaintiffs*                                                dmoore@potteranderson.com

                                                                                     *Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

755956/30803