ROSENTHAL, MONHAIT & GODDESS, P. A.

ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

January 17, 2007

## VIA ELECTRONIC FILING

The Hon. Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

    RE:    ***Pullen Seeds & Soil v. Monsanto Company***,
                  D.Del. C.A. No. 06-599 SLR
                  ***Wade Farms, et al. v. Monsanto Company***,
                  D.Del. C.A. No. 06-600 SLR

Dear Judge Robinson:

    I am local counsel for plaintiffs in these antitrust cases.

    With last week's filing of the defendant's reply memorandum, the briefing is now complete on defendant's motions to dismiss (D.I. 7 in C.A. No. 06-599; D.I. 5 in C.A. No. 06-600.)

    Accordingly, and in accordance with D.Del. LR 7.1.4, we wish to request oral argument on the aforesaid motion.

Respectfully yours,

Jeffrey S. Goddess (No. 630)
jgoddess@rmgglaw.com

JSG/cmw

cc:    Richard Horwitz, Esquire (Via electronic filing)
       David E. Moore, Esquire (Via electronic filing)
       Clerk, U.S. District Court (Via electronic filing)