IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | C.A. No. 06-599 (SLR) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | C.A. No. 06-600 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of Plaintiff's Rule 26(a)(1) Disclosures, along with this Notice Of Service, were served via e-mail and first class mail on February 7, 2007, as follows:

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    P. O. Box 951
    Wilmington, DE 19899-0951

PLEASE ALSO TAKE NOTICE that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participant(s), including:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>P. O. Box 951
>Wilmington, DE 19899-0951

>/s/ Jeffrey S. Goddess
>Jeffrey S. Goddess (Del. Bar No. 630)
>Rosenthal, Monhait & Goddess, P.A.
>Suite 1401, 919 Market Street
>P. O. Box 1070
>Wilmington, DE 19899
>(302) 656-4433
>Attorneys for Plaintiffs