IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-599-SLR |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-600-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Kenneth A. Letzler, Robert N. Weiner, Jonathan I. Gleklen, and Anthony J. Franze of Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, D.C. 20004-1206, to represent defendant Monsanto Company in these matters.

Counsel further moves the admission pro hac vice of Peter E. Moll, John J. Rosenthal, Timothy T. Finley, Vanessa Forsythe, Sean P. Beaty, and William C. Lavery of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, DC 20004 to represent defendant Monsanto Company in these matters.

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    Richard Horwitz (#2246)
    David E. Moore (#3938)
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: March 21, 2007
782997/ 30803

*Attorneys for Defendant
Monsanto Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007     Signed: /s/ Kenneth A. Letzler
                                 Kenneth A. Letzler
                                 ARNOLD & PORTER LLP
                                 555 Twelfth Street, N.W.
                                 Washington, D.C. 20004-1206
                                 Telephone: (202) 942-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007        Signed: */s/ Robert N. Weiner*
                                    Robert N. Weiner
                                    ARNOLD & PORTER LLP
                                    555 Twelfth Street, N.W.
                                    Washington, D.C. 20004-1206
                                    Telephone: (202) 942-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007     Signed: /s/ Jonathan I. Gleklen
                                  Jonathan I. Gleklen
                                  ARNOLD & PORTER LLP
                                  555 Twelfth Street, N.W.
                                  Washington, D.C. 20004-1206
                                  Telephone: (202) 942-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion


Date: March 21, 2007        Signed: /s/ Anthony J. Franze
                            Anthony J. Franze
                            ARNOLD & PORTER LLP
                            555 Twelfth Street, N.W.
                            Washington, D.C. 20004-1206
                            Telephone: (202) 942-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Massachusetts and New Jersey and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007    Signed: /s/ Peter E. Moll
                                Peter E. Moll
                                Howrey LLP
                                1299 Pennsylvania Ave., N.W.
                                Washington, DC 20004
                                Telephone: (202) 783-0800

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007        Signed: */s/ John J. Rosenthal*
                                    John J. Rosenthal
                                    Howrey LLP
                                    1299 Pennsylvania Ave., N.W.
                                    Washington, DC 20004
                                    Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007         Signed: */s/ Timothy T. Finley*
                                      Timothy T. Finley
                                      Howrey LLP
                                      1299 Pennsylvania Ave., N.W.
                                      Washington, DC 20004
                                      Telephone: (202) 783-0800

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007       Signed: */s/ Vanessa Forsythe*
                                    Vanessa Forsythe
                                    Howrey LLP
                                    1299 Pennsylvania Ave., N.W.
                                    Washington, DC 20004
                                    Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey, Virginia, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2007        Signed: /s/ Sean P. Beaty
                                    Sean P. Beaty
                                    Howrey LLP
                                    1299 Pennsylvania Ave., N.W.
                                    Washington, DC 20004
                                    Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion


Date: March 21, 2007        Signed: */s/ William C. Lavery*
                                    William C. Lavery
                                    Howrey LLP
                                    1299 Pennsylvania Ave., N.W.
                                    Washington, DC 20004
                                    Telephone: (202) 783-0800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 21, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

I hereby certify that on March 21, 2007, I have sent by Electronically Mailed the foregoing document to the following:

| | |
|---|---|
| Noah H. Silverman | Adam M. Moskowitz |
| Bruce E. Gerstein | Tucker Ronzetti |
| Joseph Opper | David M. Buckner |
| Garwin Gerstein & Fisher LLP | Kozyak Torpin & Throckmorton, P.A. |
| 1501 Broadway, Suite 1416 | 2525 Ponce de Leon, 9th floor |
| New York, NY 10036 | Miami, FL 33134 |
| nsilverman@garwingerstein.com | AMM@KTTLAW.COM |
| bgerstein@garwingerstein.com | TR@KTTLAW.COM |
| jopper@garwingerstein.com | DMB@KTTLAW.COM |

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

763267 / 30803