IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-599 (SLR)<br>)<br>)<br>)<br>)<br>) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-600 (SLR)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff's First Request For Production Of Documents To Defendant were served via e-mail and hand delivery on April 11, 2007, as follows:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> P. O. Box 951
> Wilmington, DE 19899-0951

I further certify that on April 11, 2007, co-counsel electronically mailed Plaintiff's First Request For Production Of Documents To Defendant, to the following:

Peter E. Moll, Esquire
John J. Rosenthal, Esquire
Scott Flick, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
mollp@howrey.com
rosenthalj@howrey.com
flicks@howrey.com

Kenneth A. Letzler, Esquire
Jonathan I. Gleklen, Esquire
Robert N. Weiner, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004
kenneth.letzler@aporter.com
jonathan.gleklen@aporter.com
robert.weiner@aporter.com

PLEASE ALSO TAKE NOTICE that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participant(s), including:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
P. O. Box 951
Wilmington, DE 19899-0951

Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
*Attorneys for Plaintiffs*