**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

June 8, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *Pullen Seeds & Soil v. Monsanto Company*,
             D. Del. C.A. No. 06-599 SLR
          *Wade Farms, et al. v. Monsanto Company*,
             D. Del. C.A. No. 06-600 SLR

Dear Judge Robinson:

     Defendant Monsanto has moved to quash a subpoena for documents which plaintiffs had served upon a non-party (D.I. 27 and 28). Plaintiffs, of course, opposed the motion (D.I. 30), wishing the non-party to go forward with production, as it has agreed to do.

     With today's filing of defendant's reply brief (D.I. 32), briefing is now complete on that motion. Accordingly, per D. Del. LR 7.1.4, the plaintiffs wish to request oral argument on that motion.

     I also note that we have a pre-scheduled discovery status conference in this matter coming up next Wednesday, June 13th at 4:30 p.m. Time permitting, might I suggest that the motion be taken up at that conference.

                                                 Respectfully yours,

                                                 Jeffrey S. Goddess (DSBA No. 630)
                                               jgoddess@rmgglaw.com

JSG/jls
cc:    Richard L. Horwitz, Esquire (via electronic filing)
        David E. Moore, Esquire (via electronic filing)
        Clerk, U.S. District Court (via electronic filing)